No. 72–1090.  ANNUNZIO v. HOELLEN.  C. A. 7th Cir. Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1249.  STOVER v. VIRGINIA.  Sup. Ct. Va. Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1317.  WHITAKER ET AL. v. UNITED STATES. C. A. 3d Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1340.  STANLEY ET AL. v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1377.  METROPOLITAN SCHOOL DISTRICT OF LAWRENCE TOWNSHIP, MARION COUNTY, INDIANA, ET AL. v. DILLIN, U. S. DISTRICT JUDGE, ET AL.  C. A. 7th Cir. Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6499.  RETHERFORD v. FLORIDA.  Sup. Ct. Fla. Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6513.  CIOFFI v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6523.  MANCINO v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6647.  GRON v. VICONOVIC.  Sup. Ct. Ohio. Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6689.  RODRIGUEZ ET AL. v. JONES ET AL.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.